IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA     §
§
§
V.     §      CRIMINAL NO. 24-00133
§
AKBER JESANI

## **NOTICE OF APPEARANCE**

George D. Murphy, Jr., gives notice of his appearance of attorney of record for Akber

Jesani.


Respectfully submitted,


/s/George D. Murphy, Jr.
George D. Murphy, Jr.
TBN 14697990
700 Louisiana, Suite 2350
Houston, Texas 77002
george@georgemurphylawyer.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of March, 2024, I e-filed the foregoing Notice of Appearance.

/s/ George D. Murphy, Jr.
George D. Murphy, Jr.