AO 455 (Rev. 1/09)  Waver of an Indictment

# UNITED STATES DISTRICT COURT

### for the

| Southern | **DISTRICT OF** | Texas |
| --- | --- | --- |

United States of America )  Case No: **4:24-cr-00133**
v. )
)
)
AKBER JESANI )
)
)
)
)

## WAIVER OF INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:  3/29/24

X _____
*Defendant's signature*

_____
*Signature of defendant's attorney*

GEORGE D. MURPHY, JR
*Printed name of defendant's attorney*

_____
*Judge's signature*

Dena Palermo  USMJ
*Judge's printed name and title*